AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
APR 10 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 17-mj-70502-MAG |
| Son Hoang | ) | |
| | ) | Charging District: Middle District of Florida |
| *Defendant* | ) | Charging District's Case No. 16-cr-461 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Middle District of Florida 801 N. Florida Ave Tampa, FL 33602 | Courtroom No.: 11B |
|---|---|
| | Date and Time: 4/27/2017 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: April 10, 2017

_____
*Judge's signature*

Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*